# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Robert A. Cahn
Executive Attorney

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

FILED
FEB 28 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

February 22, 2006

TO INVOLVED JUDGES

Re: MDL-1769—In re Seroquel Products Liability Litigation

(See Attached Schedule of Actions)

C-06-574-SBA
C-06-580-SBA
C-06-603-SBA
C-06-615-SBA
C-06-616-SBA
C-06-621-SBA
C-06-626-SBA
C-06-648-SBA
C-06-656-SBA
C-06-659-SBA

Dear Judges:

    Presently before the Panel pursuant to 28 U.S.C. § 1407 are motions to transfer which include at least one action before you in the above-described docket. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. In the meantime, your jurisdiction continues until any transfer ruling by the Panel becomes effective.

    If you have a motion pending – such as a motion to remand to state court (if the action was removed to your court) – you are free to rule on the motion, of course, or wait until the Panel has decided the transfer issue. The latter course may be especially appropriate if the motion raises questions likely to arise in other actions in the transferee court and, in the interest of uniformity, might best be decided there if the Panel orders centralization.

    Please feel free to contact our staff in Washington with any questions.

Kindest regards,

/s/ Wm. Terrell Hodges

Wm. Terrell Hodges
Chairman

# SCHEDULE OF ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Northern District of California

Kenneth Calkin, et al. v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-540
   (Judge Phyllis J. Hamilton)
Joy Orie v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-542 (Judge Saundra Brown Armstrong)
Michelle Massey, et al. v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-544
   (Judge Thelton E. Henderson)
John Jones v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-546 (Judge Maria-Elena James)
Mark Bobal v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-547 (Judge Edward M. Chen)
Jerry Bradley, Sr., et al. v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-549
   (Judge Edward M. Chen)
Lamont Belpuliti v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-550 (Judge Joseph C. Spero)
John Heigl v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-551 (Judge Jeffrey S. White)
Casey Jones, et al. v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-554 (Judge Jeffrey S. White)
Barbara Dortch v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-555 (Judge Thelton E. Henderson)
John Baytos v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-556 (Judge Edward M. Chen)
Shelley Powell, et al. v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-557 (Judge James L. Larson)
Debra Boyer v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-559 (Judge Martin J. Jenkins)
Tracy Martin v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-560 (Judge Martin J. Jenkins)
Lori Carroll, et al. v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-562 (Judge Jeffrey S. White)
James Miller, et al. v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-563 (Judge Jeffrey S. White)
Eddi Glover v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-564 (Judge Maxine M. Chesney)
Ned Godfrey v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-565 (Judge William H. Alsup)
Ethel Harkins v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-566 (Judge Joseph C. Spero)
Elsie Rosales v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-567 (Judge Elizabeth D. Laporte)
Kathleen McAllister v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-568 (Judge Joseph C. Spero)
Michael Hawkins v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-569 (Judge Maxine M. Chesney)
Shirley Goldsmith v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-570 (Judge James L. Larson)
Marjorie Hess v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-572 (Judge Phyllis J. Hamilton)
Dawn Burgess v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-573 (Judge Maria-Elena James)
Emanuel Johnson, Jr., et al. v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-576
   (Judge Phyllis J. Hamilton)
Barry Derosky, et al. v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-577
   (Judge Elizabeth D. Laporte)
Gail Gringel v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-578 (Judge Maxine M. Chesney)
Todd Fletcher v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-579 (Judge Jeffrey S. White)
Cheryl Cole, et al. v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-581 (Judge Marilyn Hall Patel)
Leona Cardwell v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-582 (Judge Martin J. Jenkins)
Marisa Castillo v. AstraZenea Pharmaceuticals, LP, et al., C.A. No. 3:06-583 (Judge William H. Alsup)
Steven Carr v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-584 (Judge William H. Alsup)
Sandra Chathams v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-585 (Judge Martin J. Jenkins)
Edward Sulkowski v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-586 (Judge Jeffrey S. White)
Sharie Walker v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-587 (Judge William H. Alsup)
Nancy Burger v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 3:06-588 (Judge William H. Alsup)

SCHEDULE OF ACTIONS - DOCKET NO. 1769

### Northern District of California (Continued)

*Carole McIntyre v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-589  (Judge Martin J. Jenkins)
*James Frederick, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-590
    (Judge William H. Alsup)
*Lisa Peat, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-591  (Judge Maria-Elena James)
*Laurel Morris v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-592  (Judge Joseph C. Spero)
*Herman McAfee v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-593  (Judge Jeffrey S. White)
*Andre Senay v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-594  (Judge Martin J. Jenkins)
*Amesha Throne v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-595  (Judge Martin J. Jenkins)
*Faith McConnell v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-596  (Judge Elizabeth D. Laporte)
*Patti Cato, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-597  (Judge Edward M. Chen)
*Lucas Webb v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-598  (Judge William H. Alsup)
*Deborah Collier v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-599  (Judge Jeffrey S. White)
*Ramon Fernandez v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-601  (Judge Joseph C. Spero)
*Julia Boatwright v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-602  (Judge Jeffrey S. White)
*Summerstorm Weaver v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-604  (Judge Martin J. Jenkins)
*Wendy Melebeck v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-605  (Judge Martin J. Jenkins)
*Cynthia Crockett v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-607  (Judge Maria-Elena James)
*William Kasperson v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-611  (Judge Maxine M. Chesney)
*Cheryl Levy v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-613  (Judge Elizabeth D. Laporte)
*James Martin v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-617  (Judge Maxine M. Chesney)
*Jennifer Bosaw, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-618  (Judge Martin J. Jenkins)
*Rodney Davis v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-619  (Judge Martin J. Jenkins)
*Kenneth King v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-620  (Judge Martin J. Jenkins)
*Gregory Simmons v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-622  (Judge Maria-Elena James)
*Anita Buchanan v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-623  (Judge Phyllis J. Hamilton)
*Mary Popp v. AstraZeneca Pharmacueticals, LP, et al.*, C.A. No. 3:06-624  (Judge Martin J. Jenkins)
*William O'Hosky v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-625  (Judge James L. Larson)
*Dianne Mack v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-627  (Judge Maxine M. Chesney)
*David Mozingo v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-628  (Judge Jeffrey S. White)
*Dorothy McGee, et al. v. AstraZeneca Pharmacueticals, LP, et al.*, C.A. No. 3:06-641  (Judge Jeffrey S. White)
*Samantha Gangidine v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-643  (Judge William H. Alsup)
*Terri Lockhart, etc. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-644  (Judge Edward M. Chen)
*Katherene Hopkins-Hyche, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-645
    (Judge Maxine M. Chesney)
*Angela DiMatteo v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-650  (Judge William H. Alsup)
*Kelly Truelove v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-651  (Judge Elizabeth D. Laporte)
*Loraine Clements v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-655  (Judge Martin J. Jenkins)
*John Masterson v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-657  (Judge Jeffrey S. White)
*Donna Ali v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-658  (Judge Maxine M. Chesney)
*Larry Adams, Jr. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-660  (Judge Joseph C. Spero)
*Lori Robinson v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-663  (Judge William H. Alsup)
*Judy DePastino v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-664  (Judge James L. Larson)
*Dennis Porter v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-668  (Judge Martin J. Jenkins)
*Betty Evans v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:06-669  (Judge James L. Larson)
*Sharon Tenney, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-541  (Judge Claudia Wilken)
*Jeffrey Boal v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-548  (Judge Saundra Brown Armstrong)
*Dawn Bellman, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-552  (Judge Claudia Wilken)
*Laura Faulk, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-553  (Judge Claudia Wilken)

### Northern District of California (Continued)

*La Monte Lear v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-571  (Judge Claudia Wilken)
*Glenn Biskup. et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-574
    (Judge Saundra Brown Armstrong)
*Mary Geones, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-580
    (Judge Saundra Brown Armstrong)
*Jonathan Sullivan v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-600  (Judge Claudia Wilken)
*Lori Brendgard v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-603
    (Judge Saundra Brown Armstrong)
*Debra Gaines v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-612  (Judge Claudia Wilken)
*Donna Linderman v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-614  (Judge Claudia Wilken)
*Raymond Weldon v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-615
    (Judge Saundra Brown Armstrong)
*Jeanette Severi v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-616
    (Judge Saundra Brown Armstrong)
*Quincy Alderson v. AstraZeneca Pharmaceitucals, LP, et al.*, C.A. No. 4:06-621
    (Judge Saundra Brown Armstrong)
*Clinton Spung v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-626
    (Judge Saundra Brown Armstrong)
*Nichol Ledbetter v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-642  (Judge Claudia Wilken)
*Betty Reed v. AstraZeneca Pharmacueticals, LP, et al.*, C.A. No. 4:06-647  (Judge Claudia Wilken)
*Betty Anderson v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-648
    (Judge Saundra Brown Armstrong)
*Brenda McCulley v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-649  (Judge Claudia Wilken)
*Corde Williams v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-656
    (Judge Saundra Brown Armstrong)
*Winifred Thomas v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 4:06-659
    (Judge Saundra Brown Armstrong)

### Southern District of Illinois

*Norma Woll, et al. v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-57  (Judge Michael J. Reagan)
*Kevin Sanders v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-67  (Judge David R. Herndon)
*Sylvia Spencer v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-68  (Judge David R. Herndon)
*Judy Price v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-69  (Judge David R. Herndon)
*Pamela McCraney-Buzick v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-70  (Judge G. Patrick Murphy)
*Willie Palmer v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-71  (Judge G. Patrick Murphy)
*Roma Wilkens v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-72  (Judge David R. Herndon)
*Cynthia Andrews v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-85  (Judge Michael J. Reagan)
*Michael Crawford v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-96  (Judge Michael J. Reagan)
*Sharon Nelson v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-97  (Judge William D. Stiehl)
*Betty Woodson v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-98  (Judge David R. Herndon)
*Kenneth Fowler v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-110  (Judge David R. Herndon)
*Carol Jenkins v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-111  (Judge David R. Herndon)
*Larry Williams v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-123  (Judge David R. Herndon)  -
*Anthony Ciaramitaro, et al. v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 3:06-125  (Judge William D. Stiehl)

SCHEDULE OF ACTIONS - DOCKET NO. 1769                                                                 PAGE 4 OF 4

### Western District of Louisiana

*Linda Mae Sonnier v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 6:05-1022
    (Judge Rebecca F. Doherty)
*Frederic Charles Becker v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 6:06-6  (Judge Rebecca F. Doherty)

### Western District of Missouri

*Julie Skiles, et al. v. Devon French, M.D., et al.*, C.A. No. 4:06-28  (Judge Sarah W. Hays)

### District of New Jersey

*James Kane v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 2:05-4558  (Judge Joseph A. Greenaway, Jr.)
*Carlos Diciolla, et al. v. Johnson & Johnson Co., et al.*, C.A. No. 2:05-4570  (Judge Dennis M. Cavanaugh)

### Eastern District of Texas

*Loretha Jones, et al. v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 5:06-18  (Judge David Folsom)